

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*



RECEIVED
DEC 06 2007
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

December 5, 2007

SO ORDERED:
Date: 12-6-07

*Richard M. Berman, U.S.D.J.*

**BY HAND**

The Honorable Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street, Room 650
New York, New York 10007

Re:   **United States v. Philip Walker Shaw**,
           **07 Cr. 1093 (RMB)**

Dear Judge Berman:

The Government respectfully writes to request that the Court exclude time in the above-referenced action, pursuant to Title 18, United States Code, Section 3161(h)(1)(H), from today until the initial conference on Thursday, December 20, 2007, at 9:30 a.m. Such an exclusion will serve the ends of justice and outweighs the interests of the defendant and the public in a speedy trial because, among other reasons, it will allow the United States Marshals Service time to transport the defendant from Ulster Correctional Facility in Napanoch, New York, where he is currently housed, to this district. The Government has spoken to counsel for the defendant, Sabrina Shroff, Esq. of Federal Defenders, and she has consented to the exclusion of time until December 20.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Amy Lester
Assistant United States Attorney
(212) 637-2416

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/07

cc:    Sabrina P. Shroff, Esq. (by facsimile)