# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

**MEMO ENDORSED**

February 3, 2008

Southern District of New York
John J. Byrnes
Attorney-in-Charge



BY HAND
Richard M. Berman
United States District Judge
  For the Southern District Of New York
500 Pearl Street
New York, New York

       Re:   United States v. Phillip Shaw
              Crim. Dkt. 07 Cr. 01093 (RMB)

The Hon. Berman

    I am writing to request for an adjournment of the February 5, 2008, status conference on the above matter.  I make this request as the parties are trying to work out a disposition on this case.  Mr. Shaw's mental health history is relevant to the plea negotiations, and I need time to speak to his care providers so as to get his medical records.  I ask the court to adjourn the status conference for about 4 weeks.

    To that end, we request that the time between February 5, 2008 and the next date set by the Court, be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(8)(A).  Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, ~~because it will allow the~~ government and defense counsel to continue discussions regarding a possible disposition in ~~the matter.  Thank you.~~

*Application for an adjourment is granted until 3-5-08 at 10:30am*

Respectfully submitted, *Time is excluded pursuant to the*

Sabrina P. Shroff *Speedy Trial Act for the reasons set forth in this letter.*

SO ORDERED:
Date: 2-4-08

Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-4-08

    cc: AUSA Lester
        Philip Shaw, MCC