USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                 **ORDER**

         -against-                             07 CR. 1093 (RMB)

PHILLIP WALKER SHAW,

                        Defendant.
-------------------------------------------------------------X

WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on March 4, 2008;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of the transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea;

IT IS HEREBY ORDERED that PHILLIP WALKER SHAW's guilty plea is accepted.

Dated: New York, New York
        March 6, 2008

                                             _____
                                             RICHARD M. BERMAN, U.S.D.J.