UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------

UNITED STATES OF AMERICA

- v. -                                    07 Cr. 1093 (RMB)

PHILIP WALKER SHAW,
   a/k/a "Piyush Shah,"

                  Defendant.

-----------------------------------------------

I, Philip Walker Shaw, the above-named defendant, having been advised of my right to have my guilty plea heard by a United States District Judge, hereby consent to having my guilty plea heard by a United States Magistrate Judge.

_____
Defendant Philip Walker Shaw

_____
Witness

_____
Sabrina P. Shroff
Counsel for Defendant

Date:  New York, New York
       March 4, 2008