# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/25/08

RECEIVED
Southern District of New York
John J. Byrnes
Attorney-in-Charge
AUG 25 2008
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

August 23, 2008

Via Facsimile
Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: **United States v. Philip Walker Shaw**
    07 Cr. 1093-01 (RMB)

The Hon. Judge Berman:

I am writing to request an adjournment of sentencing, currently scheduled for September 2, 2008. I make this request as I have finally received Mr. Shaw's file from his state attorney and need additional time to review it. We request a two week adjournment.

Thank you for your consideration of this matter.

Sincerely,

Sabrina P. Shroff
Assistant Federal Defender
(212) 417-8713

CC: Assistant United States Attorney Amy Lester (via email)

---

Sentencing is adjourned to 9-23-08 at 4:00 p.m. Any supplemental defense submission is due 9-9-08. Government response, if any, is due 9-16-08.

SO ORDERED:
Date: 8-25-08

Richard M. Berman, U.S.D.J.